■ SANDRA HARLIB, Respondent, v. HERBERT HARLIB, Appellant.—

Concur — Breitel, J. P., McNally and Bergan, JJ.; Eager and Steuer, JJ., dissent and vote to reverse and grant a new trial on the ground that the defendant did not receive a fair trial, in that there were errors in the charge and in the exclusion of testimony and for the additional reason that there was undue participation by the court in the examination of witnesses.